

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
(BECKLEY DIVISION)

**JUDY K. STEELE,**

    *Plaintiff,*

vs.                             CIVIL ACTION NO. 5:05-0654

**HARTFORD INSURANCE COMPANY
OF THE MIDWEST,**

    *Defendant.*

### ORDER OF DISMISSAL

On this 8th day of August, 2006, came the Plaintiff, Judy K. Steele, by and through her counsel, Barry L. Bruce and Barry L. Bruce & Associates, and came the Defendant, Hartford Insurance Company of the Midwest, by and through its counsel, Dale A. Buck and Martin & Seibert, L.C., and announced to the Court that all matters in controversy between and among the Plaintiff and the Defendant have been fully resolved, settled and compromised.

Accordingly, it is hereby **ADJUDGED, ORDERED** and **DECREED** that this action be and is hereby dismissed, with prejudice, retired from the docket and placed among actions ended.

It is further **ORDERED** that the parties shall bear their own costs and attorney's fees.

The Clerk shall enter the foregoing as of the day and date first herein above written and provide attested copies of this Order to all counsel of record.

Enter: August 8, 2006

                                                      David A. Faber, Chief Judge

SEEN AND APPROVED:

_____
Dale A. Buck
West Virginia State Bar No. 4914
MARTIN & SEIBERT, L.C.
1453 Winchester Avenue
P.O. Box 1286
Martinsburg, West Virginia 25402-1286
304-262-3291

_____
Barry L. Bruce
West Virginia State Bar No. 511
BARRY L. BRUCE & ASSOCIATES
P.O. Box 388
Lewisburg, WV 24901
304-645-4182

C:\WPDATA\13498\0075\T2343.WPD